UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **LESTER JAY CHAMBERS**, <br><br> Plaintiff, <br><br> v. <br><br> **ROWAN UNIVERSITY**, <br><br> Defendant. | No. 23-cv-02094 <br><br><br> **ORDER** |

**THIS MATTER** having come before the Court by way of Defendant Rowan University's ("Defendant") Motion, (ECF No. 58), seeking an Order compelling Plaintiff Lester Jay Chambers ("Plaintiff") to engage in good faith with Defendant to memorialize in writing the terms of the settlement agreement reached during the April 30, 2024 settlement conference; and

**WHEREAS,** the Honorable Sharon A. King, United States Magistrate Judge, having held an on the record hearing on August 26, 2024 to address Defendant's Motion, (ECF No. 62); and

**WHEREAS,** the Court having considered the Report and Recommendation issued by Magistrate Judge on November 26, 2024, (ECF No. 63), pursuant to 28 U.S.C. § 636(b)(1)(B) and (C); and

**WHEREAS,** the parties having been notified that they had fourteen (14) days from receipt of the Report and Recommendation to file and serve objections pursuant to Local Civil Rule 72.1(c)(2), and no objections having been received; and

**WHEREAS,** the Court finding the Report and Recommendation neither clearly erroneous, nor contrary to law, and for good cause shown; therefore

**IT IS** on this 27th day of December, 2024,

**ORDERED** that the Report and Recommendation, (ECF No. 63), is **ADOPTED**; and it is further

**ORDERED** that Defendant's Motion to Enforce Settlement Agreement, (ECF No. 58), is **GRANTED**; and it is finally

**ORDERED** that Defendant shall provide Plaintiff with a written settlement agreement within ten (10) days of this Order.

*/s/ Christine P. O'Hearn*
**CHRISTINE P. O'HEARN**
**United States District Judge**